## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**WENCESLAO CRUZ-OCHOA**<br><br>　　　　　　　Defendant. | <br><br><br><br>CASE NO: 1:14MJ204 BAM |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum　　　　　　　☐ Ad Testificandum

Name of Detainee: WENCESLAO CRUZ-OCHOA
Detained at: FRESNO COUNTY JAIL
Detainee is:　a.)　☒ charged in this district by:　☐ Indictment　☐ Information　☒ Complaint
　　　　　　　　　　charging detainee with: _____
　or　b.)　☐ a witness not otherwise available by ordinary process of the Court

Detainee will:　a.)　☒ return to the custody of detaining facility upon termination of proceedings
　or　b.)　☐ be retained in federal custody until final disposition of federal charges, as a sentence
　　　　　　　　is currently being served at the detaining facility

*Appearance is necessary November 18, 2014 in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Michael S. Frye |
| Printed Name & Phone No: | MICHAEL S. FRYE 559-497-4042 |
| Attorney of Record for: | United States of America |

### WRIT OF HABEAS CORPUS
☒ Ad Prosequendum　　　　　　　☐ Ad Testificandum

　　The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on November 18, 2014, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 11/17/2014　　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　Honorable Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | JID 7067592 / BK#1446292 | DOB: | |
| Facility Address: | | Race: | |
| Facility Phone: | | FBI#: | |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____　　　_____
　　　　　　　　　　　　　　　(signature)