SCOTT LEVY, SBN 276097
Law Office of Scott Levy
2838 Mariposa Street
Fresno, CA 93721
Telephone: (559) 549-5403

Attorney for Defendant: WENCESLAO CRUZ-OCHOA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WENCESLAO CRUZ-OCHOA <br><br> Defendant. | Case No: 1:14CR242 LJO <br><br> STIPULATION AND ORDER CONTINUING HEARING DATE <br><br> DATE: September 14, 2015 <br> TIME: 830 <br> DEPT.: 4 (7th floor) |

Defendant, by and through his attorney of record and Plaintiff United States of America, by and through its attorney of record, stipulate to a continuance of the sentencing hearing from September 14, 2015 at 8:30 a.m. to the next available date, on or after October 5, 2015 at 8:30 a.m.

The attorney for Defendant will be unavailable due to a pre-planned and pre-paid vacation. Furthermore, it is specifically necessary to have this attorney appear for sentencing since I am aware of this case and all of the mitigating factors which would help me argue for a fair and just sentence. Additionally, the defendant could be prejudiced if another attorney appeared and didn't argue the mitigating factors which this attorney is still working on. As such, a continuance is necessary to allow Defendant's attorney to be present at the sentencing hearing.

The parties agree to exclude time to "on or after October 5, 2015" and agree that the continuance of the hearing date will serve the ends of justice and that the need for a continuance outweighs the interest of the public and the Defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. §3161(h)(7)(A).

**IT IS SO STIPULATED.**

Respectfully submitted,

August 11, 2015  _____
Scott Levy, Attorney for Defendant


_____/S/_____
August 11, 2015  Mike Frye, Assistant United States Attorney

# **ORDER**

Based on the stipulation of counsel and for good cause, it is ORDERED that the sentencing hearing in this matter is continued from September 14, 2015 at 8:30 a.m. to October 5, 2015 at 8:30 a.m.

The court further finds that the ends of justice served by a continuance outweigh the interest of the public and the Defendant in a speedy trial, and that the delay occasioned by such continuance of the trial date is excluded from the Act's time limits pursuant to 18 U.S.C. §3161(h)(7)(A).

IT IS SO ORDERED.

Dated: **August 11, 2015**     **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE