# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WENCESLAO CRUZ-OCHOA,<br><br>Defendant. | CASE NO. 1:14-CR-00242-LJO-SKO-1<br><br>ORDER REFERRING CASE TO FEDERAL DEFENDER'S OFFICE<br><br>(ECF No. 24) |

On June 27, 2016, Defendant Wenceslao Cruz-Ochoa filed a *pro se* motion to reduce his sentence (ECF No. 24) pursuant to Title 18, United States Code, Section 3582(c)(2) ("Section 3582 Motion"). Pursuant to Eastern District of California General Order 546, the Federal Defender's Office ("FDO") is hereby appointed to represent Defendant in this matter. From the filing date of this Order, the FDO **SHALL** have 90 days, **on or before September 26, 2016**, to file a supplement to Defendant's *pro se* Section 3582 Motion **or** to notify the Court that it does not intend to file a supplement to the motion. Thereafter, the government **SHALL** have **30 days** from the date of the FDO's filing to file a response to Defendant's Section 3582 Motion.

IT IS SO ORDERED.

Dated: **July 26, 2016**         /s/ Lawrence J. O'Neill
                                  UNITED STATES CHIEF DISTRICT JUDGE