# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent,<br><br>v.<br><br>WENCESLAO CRUZ-OCHOA,<br><br>Defendant-Petitioner. | CASE NO. 1:14-CR-00242-LJO-SKO-1<br><br>ORDER AUTHORIZING PETITIONER TO REPLY TO THE GOVERNMENT'S OPPOSITION TO HIS MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582<br><br>(ECF No. 26) |

On August 5, 2016, the Court issued a minute order directing the Government to file its opposition to Petitioner Wenceslao Cruz Ochoa ("Petitioner")'s *pro se* motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2), ECF No. 26. *See* ECF No. 29. It has since been brought to the Court's attention that the Government already filed its opposition to Petitioner's motion, ECF No. 26, and served the opposition on Petitioner on July 27, 2016, ECF No. 27.

In light of the Federal Defender's Office notice declining to supplement Petitioner's motion and withdrawing as counsel in this case, *see* ECF No. 28, the Court **HEREBY AUTHORIZES** but does not require Petitioner to file a reply to the Government's opposition. Petitioner's reply is due on or before **August 31, 2016**.

IT IS SO ORDERED.

Dated: **August 9, 2016**          /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE